## East Hempfield Township *v.* Lancaster et al., Appellants.

Argued September 12, 1969. *Anthony R. Appel,* Solicitor for City of Lancaster Authority, with him *Bernard M. Zimmerman,* City Solicitor, *George F. Baer Appel,* and *Appel, Ranck, Herr & Appel,* and *Townsend, Elliott & Munson,* for appellant; *John I.*

*Hartman, Jr.,* with him *Windolph, Burkholder & Hartman,* for appellees.

Order affirmed.

HOFFMAN, J., dissents.